UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>C. CAPRIO, et al.,<br>　　　　Defendants. | Case No. 20-01749-EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner currently confined at Corcoran State Prison, filed a pro *se* civil rights complaint against the prison officials at the California State Prison, Los Angeles County, Lancaster ("CSP-LAC"). Dkt. No. 1. Because defendants reside in and the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, see 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

**Dated:** 4/6/2020

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.20\01749.Harris_transfer (CD)

2